**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLARISSA CHRISTINA CAMACHO,<br><br>　　　　Defendant. | Case No. 2:23-mj-00042-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, August 23, 2023 at 9:00 a.m., be vacated and continued to September 20, 2023 at the hour of 9:00 a.m. in Courtroom 3D.

DATED this 14th day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE