UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CLARISSA CHRISTINA CAMACHO,<br><br>    Defendant. | Case No. 2:23-mj-00042-EJY-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, September 20, 2023 at 9:30 a.m., be vacated and continued to October 25, 2023 at the hour of 9:30 a.m.; or to a time and date convenient to the court.

DATED this 18th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3