UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CLARISSA CHRISTINA CAMACHO,<br><br>        Defendant. | Case No. 2:23-mj-00042-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status check currently scheduled for October 2, 2024 at 9:30 a.m., be vacated and continued to December 10, 2024 at 9:30 a.m. in Courtroom 3D.

DATED this 25th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3